JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LOUISE BOURGEOIS,<br>      Plaintiff,<br><br>           v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>      Defendant. | ED CV 23-0590 DSF (ADS)<br><br>Order DISMISSING Action for Failing to Pay Filing Fee |

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1).

On April 4, 2023, Plaintiff filed a Complaint challenging the denial of Social Security benefits along with an accompanying request to proceed in forma pauperis ("Request"). (Dkts. 1, 4). On April 18, 2023, the Court denied the Request and directed Plaintiff to pay the full filing fee within thirty (30) days. (Dkt. 7).

To date, Plaintiff has not paid the filing fee or otherwise responded to the Court's order requiring her to do so.

///

///

///

Accordingly, this action is DISMISSED without prejudice. See, e.g., Roberts v. Soc. Sec. Dep't, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed without prejudice where plaintiff fails to establish in forma pauperis status and does not pay the required filing fee).

IT IS SO ORDERED.

Date: May 23, 2023

Dale S. Fischer
United States District Judge