STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Linda Louise Bourgeois

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LINDA LOUISE BOURGEOIS,

                    Plaintiff,   CASE NO.: 5:23-CV-00590-ADS

   -v-

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

### ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees** in the amount of Six Thousand Dollars and Zero Cents ($6,000.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred Two Dollars and Zero Cents ($402.00) pursuant to 28 U.S.C. § 1920 are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check may be made payable to Plaintiff's Attorney's Of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Whether the check is made payable to Plaintiff or to Olinsky Law Group, **the check shall be mailed to the following address:**

**Olinsky Law Group**
**250 S Clinton St Ste 210**
**Syracuse NY 13202**

So ordered.

Date: __June 12, 2024__                      ____/s/ Autumn D. Spaeth_____

                                                              Autumn D. Spaeth
                                                              United States Magistrate Judge